**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AUG 14 2026

FILED

CURTIS L. PICKARD, *
*
Plaintiff, *
*
v. * CV 126-107
*
THE HANOVER INSURANCE GROUP, INC., *
*
*
Defendant. *

**O R D E R**

Before the Court is Plaintiff's Motion to Amend, to Add Parties, and Drop Party Defendant, wherein Plaintiff seeks to substitute Curtis L. Pickard, DMD, P.C. as Plaintiff, drop The Hanover Insurance Group, Inc. as a party defendant, and add Citizens Insurance Company of America as a party Defendant. (Doc. 19.) Plaintiff states he obtained consent from Defendant as to the relief requested in this motion. (Id. at 3.)

As a general rule, leave to amend under Fed. R. Civ. P. 15(a) is given freely. Foman v. Davis, 371 U.S. 178, 182 (1962); Wedemeyer v. Pneudraulics, Inc., 510 F. App'x 875, 878 (11th Cir. 2013). That said, leave to amend is not guaranteed, and a trial court may deny such leave "in the exercise of its inherent power to manage the conduct of litigation before it." Reese v. Herbert, 527 F.3d 1253, 1263 (11th Cir. 2008). "In making this determination, a court should consider whether there has been undue

delay in filing, bad faith or dilatory motives, prejudice to the opposing parties, and the futility of the amendment." Saewitz v. Lexington Ins. Co., 133 F. App'x 695, 699 (11th Cir. 2005) (quoting Foman, 371 U.S. at 182). In the Eleventh Circuit, a proposed amendment is futile when the allegations of the proffered complaint would be unable to withstand a motion to dismiss. Cockrell v. Sparks, 510 F.3d 1307, 1310 (11th Cir. 2007).

Here, the Court finds no reason to deny the requests to amend. The proposed amendments are timely under the Scheduling Order, (doc. 18), and there is no evidence any party has acted in bad faith or the amendments would be futile or subject any party to unfair prejudice. Accordingly, the Court **GRANTS** Plaintiff's motion. (Doc. 19.) Plaintiff shall have seven days from the date of this Order to file the first amended complaint, (doc. 19-6), as a stand-alone entry on the docket. Upon the filing of the first amended complaint, the **CLERK SHALL UPDATE** the parties on the docket accordingly. Plaintiff is responsible for ensuring appropriate service of the first amended complaint.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of August, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA